UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER ROSALIE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>SUPREME GLASS CO., INC.,<br><br>　　　　　　　　　Defendant. | Docket No.: 18 CV 2064 (ILG)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above-captioned action through their respective undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear its or his own fees and costs, with leave to reopen in 45 days.

Dated: January 26, 2021

**THE LIDDLE LAW FIRM PLLC**

_____
By: Edgar M. Rivera

1177 Avenue of the Americas, 5th Fl.
New York, New York 10036

*Attorneys for Plaintiff*

Dated: January 26, 2021

**THE LAW FIRM OF ADAM C. WEISS, PLLC**

_____
By: Adam C. Weiss

3 School Street, Suite 303
Glen Cove, New York 11542

*Attorneys for Defendant*

SO ORDERED:

_____
Hon. I. Leo Glasser, District Judge